**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERTO CAMPA LOPEZ, | No. 16-16228 |
| Plaintiff-Appellant, | D.C. No. 3:13-cv-03330-JD |
| v. | |
| R. RICE, Lt; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
James Donato, District Judge, Presiding

Submitted June 26, 2017**

Before:    PAEZ, BEA, and MURGUIA, Circuit Judges.

Roberto Campa Lopez, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to his serious medical needs.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cir. 2004).  We affirm.

The district court properly granted summary judgment because Lopez failed to raise a genuine dispute of material fact as to whether any of the defendants consciously disregarded an excessive risk to Lopez's health.  *See Zetwick v. County of Yolo*, 850 F.3d 436, 441 (9th Cir. 2017) (summary judgment appropriate when "the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party" (citation and internal quotation marks omitted)); *Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (deliberate indifference is demonstrated by a purposeful act or failure to respond to a prisoner's pain or medical need and harm caused by the indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**